UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR ALCON LOPEZ,

      Petitioner,

    v.

WARDEN, SOUTH DETENTION
CENTER,

      Respondents,

Case No.:  2:26-cv-02073-SPC-NPM

## <u>OPINION AND ORDER</u>

Before the Court are Victor Alcon Lopez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 8).

Alcon Lopez is a native and citizen of Guatemala.  On March 16, 2013, Immigration and Customs Enforcement ("ICE") commenced removal proceedings by issuing a notice to appear.  Alcon Lopez applied for adjustment of status, and the removal case was administratively closed on April 21, 2015. On April 12, 2026, local police arrested Alcon Lopez for robbery.  ICE issued an immigration detainer and a notice to appear and took custody of Alcon Lopez a few days later.  Alcon Lopez requested a custody review, and an immigration judge determined he is subject to mandatory detention under 8 U.S.C. § 1226(c).  Alcon Lopez argues his detention is unlawful because he has not received a "fair and adequate review."  (Doc. 1 at 6).

§ 1226(c) requires the Attorney General to detain some criminal noncitizens, including noncitizens arrested for theft crimes.  Alcon Lopez was arrested for robbery, which involved theft.  *See* Fla. Stat. § 812.13.  He is thus subject to mandatory detention under § 1226(c).

That is not the end of the inquiry.  In *Demore v. Kim*, 538 U.S. 510 (2003), the Supreme Court considered the constitutionality of mandatory detention under § 1226(c).  "While *Demore* upheld § 1226(c)'s provision mandating detention of criminal aliens during removal proceedings, it did so with a strong constitutional caveat about due process concerns as to continued mandatory detention where the duration of the removal proceedings is unreasonably long or delayed."  *Sopo v. U.S. Attorney Gen.*, 825 F.3d 1199 (11th Cir. 2016).  Alcon Lopez has been in immigration detention for just under three months, and his removal proceedings appear to be moving forward.  Thus, the Court finds his detention does not yet raise due process concerns.  If Alcon Lopez's detention becomes unreasonably prolonged, he may file a new habeas petition.

Accordingly, it is hereby

**ORDERED**:

Victor Alcon Lopez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on July 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

3